# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **PAMELA ANN ENGLISH**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-11-017-RAW |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social** | ) |
| **Security Administration,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

On February 27, 2012, Magistrate Judge West entered her Findings and Recommendations, recommending that the above-styled case be affirmed. No objection has been filed. The Recommendation will be followed.

IT IS THEREFORE ORDERED that the decision of the Commissioner is hereby **AFFIRMED.**

**IT IS SO ORDERED** this 15th day of MARCH, 2012.

```
Dated this 15th day of March, 2012.
```

Ronald A. White
United States District Judge
Eastern District of Oklahoma